IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 12-CV-422-JED-TLW ) ) |
| KANBAR PROPERTY MANAGEMENT, L.L.C., | ) ) ) |
| Defendant. | ) ) |

**RESPONSE OF KANBAR PROPERTY MANAGEMENT, L.L.C., TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Kanbar Property Management, L.L.C. ("KPM"), for its response to Plaintiff's Motion for Partial Summary Judgment [Dkt #24], states as follows:

The EEOC asserts that it is entitled to summary judgment on three affirmative defenses of KPM. Had the EEOC reached for the telephone instead of its computer, it could have saved itself and the taxpayers time and expense. KPM intended to withdraw two of these Affirmative Defenses by not including them in the Agreed Pretrial Order -- its Third Affirmative Defense ("The EEOC failed to satisfy its statutory pre-suit obligation by failing to conduct a thorough and reasonable investigation") and its Fourth Affirmative Defense ("The EEOC failed to satisfy its statutory pre-suit obligation by failing to conciliate in good faith). KPM hereby abandons these affirmative defenses, mooting the EEOC's Motion for Partial Summary Judgment in that regard.

With respect to KPM's Sixth Affirmative Defense ("Strength has failed to fulfill her legal obligation to mitigate any alleged damages), KPM refers the Court to its Motion for Summary Judgment and Brief in Support filed April 8, 2013 [Dkt #30], wherein KPM moved for summary judgment asserting that Strength did not satisfy her duty to mitigate as a matter of law. KPM hereby incorporates Nos. 24 and 25 of its statement of undisputed material facts set forth at pp. 7

– 8, as well as its arguments set forth in Section D(3), pp. 16 – 18 in response to the EEOC's Motion for Partial Summary Judgment and Brief in Support [Dkt #24].

WHEREFORE, KPM prays the Court deny Plaintiff's Motion for Partial Summary Judgment as moot with respect to the Third and Fourth Affirmative Defenses of KPM's Answer. KPM prays the Court deny Plaintiff's Motion for Partial Summary with respect to its Sixth Affirmative Defense.

s/Kathy R. Neal
Kathy R. Neal, OBA No. 674
Jessica L. Dickerson, OBA No. 21500
Ruth J. Addison, OBA No. 21584
McAFEE & TAFT
1717 S. Boulder, Suite 900
Tulsa, OK  74119
(918) 574-3020 (Telephone)
(918) 574-3120 (Facsimile)
kathy.neal@mcafeetaft.com
jessica.dickerson@mcafeetaft.com
ruth.addison@mcafeetaft.com

Attorneys for Defendant KPM Property Management, L.L.C.

– 8, as well as its arguments set forth in Section D(3), pp. 16 – 18 in response to the EEOC's Motion for Partial Summary Judgment and Brief in Support [Dkt #24].

WHEREFORE, KPM prays the Court deny Plaintiff's Motion for Partial Summary Judgment as moot with respect to the Third and Fourth Affirmative Defenses of KPM's Answer. KPM prays the Court deny Plaintiff's Motion for Partial Summary with respect to its Sixth Affirmative Defense.

s/Kathy R. Neal
Kathy R. Neal, OBA No. 674
Jessica L. Dickerson, OBA No. 21500
Ruth J. Addison, OBA No. 21584
McAFEE & TAFT
1717 S. Boulder, Suite 900
Tulsa, OK  74119
(918) 574-3020 (Telephone)
(918) 574-3120 (Facsimile)
kathy.neal@mcafeetaft.com
jessica.dickerson@mcafeetaft.com
ruth.addison@mcafeetaft.com

Attorneys for Defendant KPM Property Management, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2013, I transmitted the foregoing document to the Clerk of Court using the ECF System for filing on the following:

Jeff A. Lee
Trial Attorney
Equal Employment Opportunity Commission
Area Office for the State of Oklahoma
215 Dean A. McGee Ave., Suite 524
Oklahoma City, OK 73102
Jeff.lee@eeoc.gov

*s/Kathy R. Neal*
Kathy R. Neal

11487137_1